UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTON NELSON,

      Plaintiff,

v.                                                        Case No.  8:07-cv-1852-T-24 MAP

SIGARID WILLSCH, ET AL.,

      Defendants.
_____/

## **ORDER**

      This cause comes before the Court on Alamo Rental (US), Inc., Alamo Rent-A-Car, LLC, Alamo Financial L.P., and Alamo Financial L.L.C.'s (collectively referred to as "Alamo") Motion to Dismiss.  (Doc. No. 3).  Plaintiff has failed to file a response, despite the Court's order to show cause warning Plaintiff that failure to respond would result in the Court deeming the motion to be unopposed.  (Doc. No. 5).

      Plaintiff filed suit against Alamo and Sigarid Willsch for injuries to Plaintiff from a car accident.  Willsch was the driver of the car that collided with Plaintiff's car, and the car that Willsch was driving was rented from Alamo.  The only allegation against Alamo are that Alamo owned the car.  As such, it appears that Plaintiff is asserting a vicarious liability claim against Alamo.

      Alamo moves to dismiss Plaintiff's claim based on the Graves Amendment, which provides:

> An owner of a motor vehicle that rents or leases the vehicle to a person . . . shall not be liable under the law of any State . . . by reason of being the owner of the vehicle . . . for harm to persons or property that results or arises out of the use, operation, or possession of the vehicle during the period of the rental or lease, if (1) the owner . . . is engaged in the trade or business of renting or leasing motor

> vehicles; and (2) there is no negligence or criminal wrongdoing on the part of the owner . . ..

49 U.S.C. § 30106(a). Since Plaintiff has not responded to the motion, the Court presumes that Plaintiff concedes that his claim against Alamo must be dismissed.

Accordingly, it is ORDERED AND ADJUDGED that Alamo's Motion to Dismiss (Doc. No. 3) is **GRANTED**, and Plaintiff's claims against Alamo Rental (US), Inc., Alamo Rent-A-Car, LLC, Alamo Financial L.P., and Alamo Financial L.L.C. are hereby dismissed. Plaintiff's claim against Sigarid Willsch remains.

**DONE AND ORDERED** at Tampa, Florida, this 8th day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record